■ NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Respondent, v MORRIS GOLDFELD, Individually and Doing Business as GOLDFELD REALTY & RENTALS, Appellant. (Appeal No. 1.)—Order unanimously affirmed, with costs, for the reasons stated in the decision at Special Term, Stone, J. (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Respondent, v MORRIS GOLDFELD, Individually and Doing Business as GOLDFELD REALTY & RENTALS, Appellant. (Appeal No. 2.)—Order unanimously affirmed with costs for the reasons stated in the decision at Special Term, Stone, J. (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ.

■ NICHOLAS J. LO PRESTI, Doing Business as LO PRESTI BASEMENT WATERPROOFING Co., Respondent, v SALLY GROSS et al., Appellants.—Order unanimously affirmed, with costs. Memorandum: On this appeal defendant's principal contention is that certain rulings of the court prevented her from establishing the element of reliance asserted in her affirmative defense that she was fraudulently induced to contract with plaintiff for basement waterproofing. Inasmuch as the record contains ample testimony by defendant concerning her reliance upon alleged statements of plaintiff, the error, if any, was harmless. We have examined defendant's remaining contentions and find them to be without merit. (Appeal from order of Onondaga County Court—breach of contract.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ.

■ KENNETH DEMBSKI, Respondent, v ARTHUR MORRISON, Appellant.—Motion for reargument of prior order denied. (See *People ex rel. Manhattan Stor. & Warehouse Co. v Lilly,* 299 NY 281; 22 NYCRR 1155.13 [b], [c].)